The Law Offices Of
# GERALD C. RUTER
PROFESSIONAL CORPORATION

9411 Philadelphia Road, Suite O
Baltimore, Maryland  21237
(410) 238-8000
Fax:  (410) 238-0597
E-Mail: ruterlaw@verizon.net

June 23, 2022

Honorable Richard D. Bennett
United States District Judge
101 West Lombard Street
Baltimore, Maryland 21201

**Re: United States v. Eghosare Avboraye-Igbinedion
Case No. RDB-21-054**

Dear Judge Bennett:

On June 13, 2022, the Court held a telephone conference with all counsel concerning Mr. Igbinedion's desire to retain counsel in this case as well as undersigned counsel's trial schedule.  At that time, the Court requested counsel advise the Court by June 24 of the status of these matters.

On June 14, 2022, counsel emailed Mr. Igbinedion and advised him of the Court's directive.  He advised counsel that he still expected to retain counsel but wanted me to continue until he had retained his own counsel.  I advised him that I had a trial conflict that I would attempt to reconcile, but if it could not be reconciled, I would immediately move to withdraw from his case and another attorney would be appointed to represent him unless he had retained an attorney.  Finally, he was advised that under no circumstances would the Court postpone the case.

Counsel has attempted to resolve the other case that presents a conflict and it has not been resolved.  Counsel, therefore, requests the Court permit him to withdraw from the case.

Respectfully Submitted,

/s/  Gerald C. Ruter

Gerald C. Ruter

Filed by CM/ECF
Cc:  Mr. Igbinedion by email

Counsel's Motion to Withdraw is **GRANTED.** New counsel will be appointed.

SO ORDERED this 24th day of June, 2022

/s/
Richard D. Bennett
United States District Judge