USDC- BALTIMORE
'22 OCT 12 AM 11:55

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     \*

vs.     Case No.   RDB-21-054

    \*

EGHOSASERE AVBORAYE-IGBINEDION

    \*

\*\*\*\*\*\*

## ORDER

This matter coming before the Court for a Motions/Revocation of Conditions of Release hearing on this 12th day of October 2022, it is hereby

**ORDERED,**

That Defense exhibit #1 – to wit, a letter written by the Defendant to the Court – is to be retained by the Clerk's Office and made a part of the record.

_____
10/12/2022
Date

_____
*Richard D. Bennett*
**Senior United States District Judge**