**United States of America**

 USDC- BALTIMORE
'22 OCT 13 PM4:34

vs.

**Eghosasere Avboraye-Igbinedion**

**Criminal No. RDB-21-054**                                    **Defendant's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|:-----------:|:--------------:|:--------:|-------------|
| 1 | 10/12/2022 | 10/12/2022 | Written Correspondence by Defendant |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)