| | | |
|---|---|---|
| UNITED STATES | * | IN THE |
| v. | * | UNITED STATES DISTRICT |
| EGHOSASERE IGBINEDION, et. al. | * | COURT FOR THE DISTRICT OF |
| CASE NO.: 21-054-RDB | * | MARYLAND |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO SEAL

1. Defendant, by and through undersigned counsel, hereby moves this Honorable Court to seal the proposed order filed in this case.

2. Much of the information contained therein is confidential.

3. The United States Attorney's Office will be provided an original copy.

Wherefore, the defendant requests that the memorandum be placed under seal

Respectfully submitted,

*Alfred Guillaume*
Alfred Guillaume III, Esq. (Bar #30117)

Law Offices of Alfred Guillaume III
1350 Connecticut Ave. NW, Suite 308
Washington, D.C. 20036

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th of October 2022, a copy of the foregoing Motion was served electronically via ECF to: Office of the United States Attorney.

*Alfred Guillaume*
Alfred Guillaume III