Eghosasere Avboraye-Igbinedion
192 N Lansdowne Ave Unit B3
Lansdowne, PA 19050
05/31/2023

```
            ENTERED
FILED ____  ____ RECEIVED
LOGGED ____
       JUN -1 2023
       AT BALTIMORE
CLERK, U.S. DISTRICT COURT
   DISTRICT OF MARYLAND
                      DEPUTY
BY
```

RE: Case 1:21-cr00054-RDB

RE: Urgent message to fire my court appointed attorney. I would like judge bennet to address this matter personally. I can no longer allow the representation of any court appointed attorney. I also have proof that the courts have sided with a CJA attorney before which led to me being taken into custody even though he lied.

101 w Lombard st, chambers 5D
Baltimore, Md 21201

To: The Honorable Judge Bennet

I am writing this letter to inform you that as of today I no longer want or need to be represented by any court appointed attorney through the CJA. On this current day we are about seven days away from the scheduled trial and I have still not once been able to meet with my attorney to view evidence or discovery. I have record showing that almost every time during the month of May and April that Alfred sent a text message saying we would meet or speak it never happened. I recently let Alfred know that I have these records and I'm aware that we never get to meet via zoom or anything. After informing Alfred of this he apologized for it via text. May 25th 2023 was the first time Alfred actually called me over the phone to ask me any questions about the evidence in the case. During that phone call Alfred admitted that due to certain circumstances he is aware and agrees that I have been hindered from properly preparing for my case with my attorney. He even claimed that as of May 25th 2023 the government had not sent him the electronic version of the discovery. I have a right and I am entitled to view my discovery to its entirety with my attorney in preparation for trail. This is now yet another experience with a CJA attorney that has gone this way. In fact, this experience is the worse when it comes to preparation because up until now me an Alfred have never reviewed any evidence to strategize a defense for me. The last CJA attorney Jose Molina Filed a